David J. LAUX; Tara K. Laux, a/k/a Tara K. Long, Plaintiffs-Appellants,

v.

BOARD OF SUPERVISORS OF FAIRFAX COUNTY, VIRGINIA; James W. Patterson, Director, Fairfax County Department of Public Works and Environmental Services, Defendants-Appellees.

No. 17-1051

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: July 10, 2017

David J. Laux, Tara K. Laux, Appellants Pro Se. Christopher Anthony Costa, Sara Grossman Silverman, Assistant County Attorneys, Fairfax, Virginia, for Appellees.

Before MOTZ, KING, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David J. Laux and Tara K. Laux appeal the district court's order dismissing their 42 U.S.C. § 1983 (2012) complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Laux v. Bd. of Supervisors of*

*Fairfax Cnty.*, No. 1:16-cv-01260-LMB-MSN (E.D. Va. Jan. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*